**Order entered April 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01156-CV
No. 05-18-01350-CV

**IN THE INTEREST OF N.E.C., A CHILD**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-97-20578**

## ORDER

Before the Court is appellee's April 16, 2019 motion for an extension of time to file her briefs on the merits in these two appeals. We **GRANT** the motion and extend the time to **May 14, 2019**.

/s/     KEN MOLBERG
         JUSTICE